## BURKE *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 101, September Term, 1959.]

*Decided April 18, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons stated by the court below.

## HUNTER *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 83, September Term, 1959.]

*Decided May 20, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

For the reasons set forth in the well-considered opinion of Judge Harlan below, this application for leave to appeal under the PCPA is hereby denied.